# United States Court of Appeals for the Fifth Circuit

No. 21-50215
consolidated with
No. 21-51194
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
January 11, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Robert Timothy Blake,

*Defendant—Appellant*.

_____

Appeals from the United States District Court
for the Western District of Texas
USDC No. 5:15-CR-66-1, 5:15-CR-66-1

_____

Before Smith, Southwick, and Douglas, *Circuit Judges.*

Per Curiam:[*]

Robert Timothy Blake, federal prisoner # 46959-380, has appealed the district court's order denying his amended motion under 18 U.S.C. § 3582(c)(1)(A) for compassionate release in light of conditions related to the COVID-19 pandemic. Based on our review of the arguments of the parties

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 21-50215
c/w No. 21-51194

and the record on appeal, we hold that the district court did not abuse its discretion in denying Blake's motion on the ground that Blake's medical conditions were not extraordinary or compelling. *See United States v. Cooper*, 996 F.3d 283, 286 (5th Cir. 2021); *see also* § 3582(c)(1)(A)(i). We do not reach the district court's alternative holding that early release was unmerited because Blake presented a danger to society. The district court's order is AFFIRMED.